United States District Court
Southern District of Texas
**ENTERED**
June 01, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 2:16-CR-00214-1 |
| § | |
| VERONICA GALVAN-GARZA § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

Pending is Defendant **Veronica Galvan-Garza's** Opposed Motion for Reconsideration of Order of Detention (D.E. 28).  The motion is **DENIED** for the reasons set forth below.

Ms. **Galvan-Garza** was arrested for transporting undocumented aliens on February 29, 2016.  On March 7, 2016, Ms. **Galvan-Garza** waived her detention hearing without prejudice.  On May 24, 2016, Ms. Garza pleaded guilty to a single count of transporting an undocumented alien in violation of 8 U.S.C. § 1324.  Sentencing is set for August 9, 2016 at 10:00 a.m.  On May 26, 2016, the defendant filed an opposed motion for reconsideration of the order of detention.  (D.E. 28).  The motion was referred to the undersigned United States Magistrate Judge.  The undersigned re-opened the detention hearing and a hearing was held on June 1, 2016 at which the defendant, her lawyer and counsel for the Government appeared in person.

Detention of the defendant is necessary because there is a serious risk that the defendant will not appear.  The defendant has pleaded guilty and is set for sentencing. The defendant was on felony probation at the time she committed the instant offense.

Therefore, the defendant has shown an unwillingness or inability to comply with court ordered supervision and is a poor candidate for bond. Further, the United States Probation Office has been in contact with the defendant's state probation officer. The defendant's state probation officer is seeking a motion to revoke the defendant's probation.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility pending sentencing. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 1st day of June, 2016.

_____
Jason B. Libby
United States Magistrate Judge